UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RANDY WILLIAM BRAST | § | |
| | § | CIVIL ACTION NO. 4:23-cv-01337 |
| Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | |
| US VARIETY LLC | § | |
| | § | |
| Defendant | § | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)**

Pursuant to the Federal Rules of Civil Procedure, Plaintiff hereby files this notice of voluntary dismissal in accordance with FRCP Rule 41(a)(1)(A)(i).

The issues between the parties and the case in controversy have been resolved.

DATED: July 12, 2024                    Respectfully submitted,

                           BY:     */S/   R. Bruce Tharpe*
                                   R. Bruce Tharpe
                                   Texas State Bar ID No. 19823800
                                   Federal Bar ID 13098

                                   **LAW OFFICE OF
                                   R. BRUCE THARPE, PLLC**
                                   PO Box 101
                                   Olmito, TX 78575
                                   (956) 255-5111 (Tel)

                                   ATTORNEY OF RECORD FOR
                                   PLAINTIFF RANDY WILLIAM BRAST

1

<u>CERTIFICATE OF SERVICE</u>

      I, R. BRUCE THARPE, do hereby certify that on July 12, 2024, this notice was served on all parties of record via the U.S. District Court for the Southern District of Texas electronic case filing system. A copy of this notice was also mailed to Defendant, who has not yet made an appearance in this case.

                        */s/ R. Bruce Tharpe*
                        R. BRUCE THARPE,
                        ATTORNEY OF RECORD FOR
                        PLAINTIFF RANDY WILLIAM BRAST