United States District Court
Southern District of Texas
**ENTERED**
July 15, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RANDY WILLIAM BRAST, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-23-1337 |
| | § | |
| | § | |
| | § | |
| | § | |
| US VARIETY, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entry No. 30), this action is dismissed.

SIGNED on July 15, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge